UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THEODORE S. BROWN,
JAMES LINNEHAN
JANE & JOHN DOES
Plaintiffs

v.                                            Docket No.: 00-CV11048-REK

ELI NEWBERGER
CHILDREN'S HOSPITAL,
AMY C. TISHELMAN,
BARBARA COHEN,
BROCKTON DIVISION OF THE DISTRICT
COURT DEPARTMENT OF THE
TRIAL COURT OF
MASSACHUSETTS,
MASS. DEPT. OF SOCIAL SERVICES,
EILEEN KERN,
SANDRA FYFE,
CHRISTOPHER SALT,
JACK McCARTHY,
JOHN AND JANE SMITHS
Defendants

## ANSWER OF DEFENDANT, ELI NEWBERGER, M.D., TO PLAINTIFFS' AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Defendant, Eli Newberger, M.D. (the "Defendant"), hereby answers the Plaintiffs'

Amended Complaint (the "Complaint"), as follows:

### INTRODUCTION

No response is required to the remarks contained in the Introduction to the

Complaint.   To the extent a response is required, the Defendant denies the

allegations contained in the introduction of the Plaintiffs' Complaint and leaves to

the Plaintiffs' proof.





## JURISDICTION

1. The Defendant denies that this Court has subject mater jurisdiction over the claims against this defendant.

2. The Defendant denies that this Court has subject mater jurisdiction over the claims against this defendant.

## PARTIES

3. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 3 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

4. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 4 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

5. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 5 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

6. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 6 of the Plaintiffs' Complaint and leaves to the Plaintiffs' proof.

7. The Defendant admits the allegations contained in paragraph 7 of the Plaintiffs' Complaint.

8. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 8 of the Plaintiffs' Complaint and leaves to the Plaintiffs' proof.

9.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 9 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

10.   The Defendant admits the allegations contained in paragraph 10 of the Plaintiffs' Complaint.

11.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 11 of the Plaintiffs' Complaint, and leaves to Plaintiffs' proof.

12.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 12 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

13.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 13 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

14.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 14 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

15.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 15 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

16.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 16 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## FACTS AS TO THEODORE BROWN

17.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 17 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

18.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 18 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

19.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 19 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

20.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 20 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

21.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 21 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

22.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 22 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

23.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 23 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

24. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 24 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

25. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 25 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

26. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 26 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

27. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 27 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

28. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 28 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

29. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 29 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

30. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 30 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

31. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 31 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

32. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 32 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

33. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 33 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

34. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 34 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

35. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 35 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

36. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 36 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

37. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 37 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

38. The Defendant admits that he is a pediatrician and was the director of the family Development Program at Children's Hospital.   The Defendant lacks

information and sufficient knowledge to admit or deny the allegations contained in paragraph 38 of the Complaint and leaves to Plaintiff's proof.

39. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 39 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

40. The Defendant denies the allegations contained in paragraph 40 of the Plaintiff's Complaint and leaves to plaintiff's proof.

41. The Defendant denies the allegations contained in paragraph 41 of the Plaintiff's Complaint and leaves to plaintiff's proof.

42. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 42 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

43. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 43 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

44. The Defendant denies the allegations contained in paragraph 44 of the Plaintiff's Complaint and leaves to plaintiff's proof.

45. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 45 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

46. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 46 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

47. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 47 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

48. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 48 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

49. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 49 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

50. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 50 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

51. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 51 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

52. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 52 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

53. The Defendant denies the allegations contained in paragraph 53 of the Complaint and leaves to plaintiff's proof.

54. The Defendant denies the allegations contained in paragraph 54 of the Complaint and leaves to plaintiff's proof.

55. The Defendant denies the allegations contained in paragraph 55 of the Complaint and leaves to plaintiff's proof.

56. The Defendant admits the allegations contained in paragraph 56 of the Complaint and leaves to plaintiff's proof.

57. The Defendant denies the allegations contained in paragraph 57 of the Complaint and leaves to plaintiff's proof.

58. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 58 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

59. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 59 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

60. The Defendant denies the allegations contained in the first part of paragraph 60 and leaves to plaintiff's proof, but admits that the reports were sent to the Courts.

61. The Defendant denies the allegations contained in paragraph 61 of the plaintiff's Complaint and leaves to plaintiff's proof.

62. The Defendant denies the allegations contained in paragraph 62 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

63. The Defendant denies the allegations contained in paragraph 63 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

64. The Defendant denies the allegations contained in paragraph 64 of the Plaintiff's Complaint and leaves to Plaintiffs' proof.

65. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 65 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

66. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 66 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

67. The Defendant denies the allegations contained in paragraph 67 of the Complaint and leaves to plaintiff's proof.

68. The Defendant denies the allegations contained in paragraph 68 of the plaintiff's Complaint and leaves to plaintiff's proof.

69. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 69 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

70. The Defendant denies the allegations contained in paragraph 70 of the plaintiff's Complaint and leaves to plaintiff's proof.

71. The Defendant denies the allegations contained in paragraph 71 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

72. The Defendant denies the allegations contained in paragraph 72 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

73. The Defendant denies the allegations contained in paragraph 73 of the Plaintiff's Complaint and leaves to plaintiff's proof.

74. The Defendant denies the allegations contained in paragraph 74 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

75. The Defendant denies the allegations contained in paragraph 75 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

76. The Defendant denies the allegations contained in paragraph 76 of the plaintiff's Complaint and leaves to Plaintiff's proof.

77. The Defendant denies the allegations contained in paragraph 77 of the Plaintiff's Complaint and leaves to plaintiff's proof.

78. The Defendant denies the allegations contained in paragraph 78 of the Plaintiff's Complaint and leaves to plaintiff's proof.

79. The Defendant denies the allegations contained in paragraph 79 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

80. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 80 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

81. The Defendant denies the allegations contained in paragraph 81 of the Plaintiff's Complaint and leaves to plaintiff's proof.

82. The Defendant denies the allegations contained in paragraph 82 of the plaintiff's Complaint and leaves to plaintiff's proof.

83. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 83 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

84. The Defendant denies the allegations contained in paragraph 84 of the Plaintiff's Complaint and leaves to plaintiff's proof.

85. The Defendant denies the allegations contained in paragraph 85 of the Plaintiff's Complaint and leaves to plaintiff's proof.

86. The Defendant denies the allegations contained in paragraph 86 of the Plaintiff's Complaint and leaves to plaintiff's proof.

87. The Defendant denies the allegations contained in paragraph 87 of the Plaintiff's Complaint and leaves to plaintiff's proof.

88. The Defendant admits that Ms. Brown and Charlotte and TJ were observed and leaves the remaining allegations to plaintiff's proof.

89. The Defendant admits they did not observe any sessions between Brown and the children.

90. The Defendant denies the allegations contained in paragraph 90 of the Plaintiff's Complaint and leaves to plaintiff's proof.

91. The Defendant denies the allegations contained in paragraph 91 of the Plaintiff's Complaint and leaves to plaintiff's proof.

92. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 92 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

93. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 93 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

94. The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 94 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

95.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 95 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

96.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 96 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

97.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 97 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

98.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 98 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

99.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 99 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

100.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 100 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

101.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 101 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

102.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 102 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

103.  The Defendant denies the allegations contained in paragraph 103 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

104.  The Defendant denies the allegations contained in paragraph 104 of the plaintiff's Complaint and leaves to plaintiff's proof.

105.  The Defendant denies the allegations contained in paragraph 105 of the plaintiff's Complaint and leaves to plaintiff's proof.

106.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 106 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

107.  The Defendant denies the allegations contained in paragraph 107 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

108.  The Defendant denies the allegations contained in paragraph 108 of the plaintiff's Complaint and leaves to plaintiff's proof.

109.  The Defendant denies the allegations contained in paragraph 109 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

110.  The Defendant denies the allegations contained in paragraph 110 of the plaintiff's Complaint and leaves to plaintiff's proof.

111.  The Defendant denies the allegations contained in paragraph 111 of the Plaintiff's Complaint and leaves to plaintiff's proof.

112.   The Defendant denies the allegations contained in paragraph 112 of the plaintiff's Complaint and leaves to plaintiff's proof.

113.   The Defendant denies the allegations contained in paragraph 113 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

## FACTS AS TO JAMES LINNEHAN

114.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 114 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

115.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 115 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

116.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 116 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

117.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 117 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

118.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 118 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

119.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 119 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

120.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 120 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

121.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 121 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

122.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 122 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

123.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 123 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

124.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 124 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

125.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 125 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

126.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 126 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

127.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 127 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

128.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 128 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

129.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 129 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

130.   The Defendant admits that it conducted a court ordered evaluation of the family.

131.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 131 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

132.   The Defendant admits he was the Director of the Family Development Program at Children's Hospital.

133.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 133 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

134.   The Defendant denies the allegations contained in paragraph 134 of the Plaintiff's Complaint and leaves to Plaintiff's proof.

135.   The Defendant denies the allegations contained in paragraph 135 of the plaintiff's Complaint and leaves to plaintiff's proof.

136.  The Defendant admits the allegations contained in paragraph 136 of the Complaint.

137.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 137 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

138.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 138 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

139.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 139 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

140.  The Defendant denies the allegations contained in paragraph 140 of the Complaint and leaves to Plaintiff's proof.

141.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 141 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

142.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 142 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

143.  The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 143 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

144.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 144 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

145.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 145 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

146.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 146 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

147.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 147 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

148.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 148 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

149.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 149 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

150.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 150 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

151.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 151 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

152.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 152 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

153.   The Defendant denies the allegations contained in paragraph 153 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

154.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 154 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

155.   The Defendant admits the allegations contained in paragraph 155 of the plaintiff's Complaint.

156.   The Defendant denies the allegations contained in paragraph 156 of the Complaint and leaves to plaintiff's proof.

157.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 157 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

158.   The Defendant denies the allegations contained in paragraph 158 of the Complaint and leaves to plaintiff's proof.

159.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 159 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

160. The Defendant denies the allegations contained in paragraph 160 of the Complaint and leaves to plaintiff's proof.

## COUNT I – NEGLIGENCE

161. The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-160 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

161. (SIC) The allegations in paragraph 161(sic) are allegations of law to which no response is required. To the extent a response is required, the allegations are denied.

162. The allegations in paragraph 162 are allegations of law to which no response is required. To the extent a response is require, the allegations are denied..

163. The Defendant denies the allegations contained in paragraph 163 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

164. The Defendant denies the allegations contained in paragraph 164 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

165. The Defendant denies the allegations contained in paragraph 165 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

166. The Defendant denies the allegations contained in paragraph 166 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

167. The Defendant denies the allegations contained in paragraph 167 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

168.    The Defendant denies the allegations contained in paragraph 168 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 2 – INTERFERENCE WITH PARENTAL RIGHTS

169.    The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-168 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

170.    The allegations contained in paragraph 170 of the Complaint are allegations of law to which no response is required.  To the extent a response is required, the defendant denies the allegations.

171.    The allegations contained in paragraph 170 of the Complaint are allegations of law to which no response is required.  To the extent a response is required, the Defendant denies the allegations contained in paragraph 171 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

172.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 172 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

173.    The Defendant denies the allegations contained in paragraph 173 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 3 – 42 U.S.C. 1983 (BROWN)

174.    The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-173 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

175.   The Defendant denies the allegations contained in paragraph 175 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

176.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 176 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

177.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 177 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

178.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 178 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

179.   The Defendant denies the allegations contained in paragraph 179 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

180.   The Defendant denies the allegations contained in paragraph 180 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

### COUNT 4 – 42 U.S.C. 1893 (LINNEHAN)

181.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-180 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

182.   The Defendant denies the allegations contained in paragraph 182 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

183.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 183 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

184.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 184 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

185.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 185 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

186.   The Defendant denies the allegations contained in paragraph 186 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

187.   The Defendant denies the allegations contained in paragraph 187 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

188.   The Defendant denies the allegations contained in paragraph 188 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

### COUNT 5 FEDERAL AND STATE CIVIL RIGHTS (BROWN)

189.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-188 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

190.   The allegations contained in paragraph 190 of the Complaint are allegations of law to which no response is required.  To the extent a response is required, the Defendant denies the allegations contained in paragraph 190 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

24

191.   The Defendant denies the allegations contained in paragraph 191 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

192.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 192 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

193.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 193 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

194.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 194 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

195.   The Defendant denies the allegations contained in paragraph 195 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

196.   The Defendant denies the allegations contained in paragraph 196 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 6 FEDERAL AND STATE CIVIL RIGHTS (LINNEHAN)

197.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-196 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

198.   The allegations contained in paragraph 198 are allegations of law to which no response is required.  To the extent a response is required, the Defendant denies the allegations contained in paragraph 198 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

199.    The Defendant denies the allegations contained in paragraph 199 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

200.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 200 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

201.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 201 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

202.    The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 202 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

203.    The Defendant denies the allegations contained in paragraph 203 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

204.    The Defendant denies the allegations contained in paragraph 204 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

205.    The Defendant denies the allegations contained in paragraph 205 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 7 DEFAMATION

206.    The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-205 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

207.    The Defendant denies the allegations contained in paragraph 207 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

208.   The Defendant denies the allegations contained in paragraph 208 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

209.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 209 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

210.   The Defendant denies the allegations contained in paragraph 210 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

211.   The Defendant denies the allegations contained in paragraph 211 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 8 CIVIL RICO

212.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-211 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

213.   The Defendant denies the allegations contained in paragraph 213 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

214.   The Defendant denies the allegations contained in paragraph 214 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

215.   The Defendant denies the allegations contained in paragraph 215 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

216.   The Defendant denies the allegations contained in paragraph 216 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

217.   The Defendant lacks information and sufficient knowledge to admit or deny the allegations contained in paragraph 217 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

218.   The Defendant denies the allegations contained in paragraph 218 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

219.   The Defendant denies the allegations contained in paragraph 219 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

220.   The Defendant denies the allegations contained in paragraph 220 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

221.   The Defendant denies the allegations contained in paragraph 221 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

222.   The Defendant denies the allegations contained in paragraph 222 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

223.   The Defendant denies the allegations contained in paragraph 223 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 9 BREACH OF CONTRACT

224.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-223 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

225.   The Defendant denies the allegations contained in paragraph 225 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

226.   The Defendant denies the allegations contained in paragraph 226 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

227.   The Defendant denies the allegations contained in paragraph 227 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 10 NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

228.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-227 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

229.   The Defendant denies the allegations contained in paragraph 229 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

230.   The allegations contained in paragraph 230 are allegations of law to which no response is required.  To the extent a response is required, the Defendant denies the allegations and leaves to Plaintiff's proof.

231.   The Defendant denies the allegations contained in paragraph 231 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

232.   The Defendant denies the allegations contained in paragraph 232 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

233.   The Defendant denies the allegations contained in paragraph 233 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

234.   The Defendant denies the allegations contained in paragraph 234 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

235.   The Defendant denies the allegations contained in paragraph 235 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## COUNT 11 INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

236.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-235 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

237.   The Defendant denies the allegations contained in paragraph 237 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

238.   The Defendant denies the allegations contained in paragraph 238 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

239.   The Defendant denies the allegations contained in paragraph 239 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

### COUNT 12 VIOLATION OF M.G.L. C. 93A

240.   The Defendant repeats and reasserts its responses to the allegations contained in paragraphs 1-239 of the Plaintiffs' Complaint, and hereby incorporates them by reference.

241.   The Defendant denies the allegations contained in paragraph 241 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

242.   The Defendant denies the allegations contained in paragraph 242 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

243.   The Defendant denies the allegations contained in paragraph 243 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

244.   The Defendant denies the allegations contained in paragraph 244 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

245.   The Defendant denies the allegations contained in paragraph 245 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

246.   The Defendant denies the allegations contained in paragraph 246 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

247.   The Defendant denies the allegations contained in paragraph 247 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

248.   The Defendant denies the allegations contained in paragraph 248 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

249.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

250.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

251.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

252.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

253.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

254.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

255.   The Defendant denies the allegations contained in paragraph 249 of the Plaintiffs' Complaint and leaves to Plaintiffs' proof.

## AFFIRMATIVE DEFENSES

Further, the Defendant asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Defendant states that some or all of Plaintiffs' claims are barred by reason of the Statute of Limitations.

## SECOND AFFIRMATIVE DEFENSE

The Defendant states that the Plaintiffs' Complaint should be dismissed pursuant to Mass. R. Civ. P. 12 (b)(6) for failure to state a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

The Defendant states that this Court lacks subject matter jurisdiction over the claims asserted against the Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state legally recognizable claims under Massachusetts statutory law and case law.

## FIFTH AFFIRMATIVE DEFENSE

The Defendant states that the Plaintiffs' Complaint should be dismissed pursuant to Mass. R. Civ. P. 12 (b)(4) and 12 (b)(5) for insufficient service of process.

## SIXTH AFFIRMATIVE DEFENSE

The Defendant states that he is not acting under the cover of state law and therefore, the plaintiffs' federal claims must be dismissed.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendant states the injury or damage to the Plaintiff, if any, was caused by the act, omission and/or negligence of some other person or persons for whose conduct the Defendant is not responsible.

## EIGHTH AFFIRMATIVE DEFENSE

The Defendant states that he has absolute immunity against liability and therefore, the plaintiff's claims must be dismissed.

## NINTH AFFIRMATIVE DEFENSE

The Defendant states that the plaintiffs' claims are barred by the Statute of Frauds.

## TENTH AFFIRMATIVE DEFENSE

Certain of the Plaintiffs' claims are barred or limited by accord and satisfaction.

## ELEVENTH AFFIRMATIVE DEFENSE

The Defendant states that his conduct is privileged under the law and therefore, the plaintiff's cannot recover in this action.

## TWELFTH AFFIRMATIVE DEFENSE

The Defendant states that the cause of action is barred by the lack of privity of contract.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Defendant states that the cause of action is barred for failure of consideration.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Defendant states that certain of the Plaintiffs' claims for defamation must be dismissed because the defendant's remarks were protected by an absolute or conditional privilege.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Defendant states that certain of the Plaintiffs' claims for relief are barred or limited because the Defendant at all times acted in good faith.

## SIXTEENTH AFFIRMATIVE DEFENSE

The Defendant states that he is entitled to a medical malpractice tribunal pursuant to M.G.L. c. 231, sec 60B.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The Defendant states that the plaintiffs' claims for violation of 93A must be dismissed because plaintiffs have failed to make a 93A demand letter required by M.G.L. c. 93A.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The Defendant states that nay remarks made concerning the plaintiff constitute non-actionable expressions of opinion and therefore, the plaintiffs' defamation claim must be dismissed.

## NINETEENTH AFFIRMATIVE DEFENSE

Certain of the Plaintiffs' claims are barred or limited by their failure to comply with the provisions of M.G.L. c. 93A.

**The Defendant reserves the right to assert further affirmative defenses upon completion of discovery.**

**Pursuant to F. R. Civ. P. 38(b) the Defendant claims a trial by jury on all issues.**

WHEREFORE, the Defendant, Eli Nerwberger, M.D., hereby demands that the Plaintiffs' Complaint be dismissed, and that judgment thereon be entered in his favor, together with costs.

Respectfully Submitted,
Defendant,
 Eli Newberger, M.D.,
By his Attorneys,

John J. Reardon BBO#554025
Douglas M. Kalata BBO#635309
HASSAN & REARDON, P.C.
535 Boylston Street,9th Floor
Boston, MA  02116
(617) 859-3600